UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61753-CIV-DIMITROULEAS

ELDON KADEL, individually and
on behalf of all others similarly situated,

     Plaintiff,                                Magistrate Rosenbaum

vs.

PATRICK S.FLOOD, JAMES B. WITHEROW,
KEVIN D. RACE, GLENN T. AUSTIN,
LAWRENCE W. HAMILTON, WARREN Y.
JOBE, JOEL L. MANBY, ROBERT C. PATTON,
BONNIE L. PHIPPS, JOHN W. SPIEGEL,
J.P. MORGAN SECURITIES, INC., AG
EDWARDS & SONS, INC., and
WACHOVIA CORPORATION,

     Defendants.

_____/

CASE NO. 07-61838-CIV-DIMITROULEAS

LEONARD R. CLEWLEY IRA and GEORGINA
C. CLEWLEY IRA, individually and
on behalf of all others similarly situated,

     Plaintiff,                                Magistrate Rosenbaum

vs.

PATRICK S.FLOOD and
KEVIN D. RACE,

     Defendants.

_____/

**ORDER CONSOLIDATING THE ACTIONS AND
ADMINISTRATIVELY CLOSING CASE NUMBER 07-61838-CIV**

THIS CAUSE is before the Court upon the Motions to Consolidate of St. Clair Shores

[DE-11 in Case No. 07-61753-CIV], the Homebanc Investor Group [DE-19 in Case No. 07-

61753-CIV], William Kornfeld, Jr. [DE-27 in Case No. 07-61753-CIV], and the Bugbee Group

[DE-9 in Case No. 07-61838].

Federal Rule of Civil Procedure 42(a)[1] indicates that consolidation is appropriate when

actions involve common questions of law or fact.  In the above-captioned actions, Plaintiffs have

alleged the same operative facts against the same Defendants, though Case No. 07-61838 is only

against two of the same Defendants–Patrick S. Flood and Kevin D. Race.  Both cases involve

class action claims on behalf of purchasers of HomeBanc shares alleging violations of securities

laws during overlapping time periods.  Consolidation is often warranted where multiple

securities fraud class actions "are based on the same 'public statements and reports.'"  Werner v.

Satterlee, Stephens, Burke & Burke, 797 F. Supp. 1196, 1211 (S.D.N.Y. 1992) (quoting Lloyd v.

Indus. Bio-Test Labs., Inc., 454 F. Supp. 807, 812 (S.D.N.Y. 1978)); see also, In re Telxon Corp.

Sec. Litig., 67 F. Supp. 2d 803, 806 (N.D. Ohio 1999) (consolidating multiple class actions that

allege essentially similar, but not identical, securities claims); Switzenbaum v. Orbital Sciences

Corp., 187 F.R.D. 246, 247-48 (E.D. Va. 1999) (same).  "Significantly, the existence of slight

differences in class periods, parties, or damages among the suits does not necessarily defeat

consolidation where the essential claims and factual allegations are similar."  In re MicroStrategy

Inc. Secs. Litigation, 110 F. Supp. 2d 427, 431 (E.D. Va. 2000) (citing In re Cendant Corp. Litig.,

182 F.R.D. 476, 479 (D.N.J. 1998); Werner, 797 F. Supp. at 1211).  Therefore, the above-

captioned actions are hereby consolidated into one action (hereinafter, the "Consolidated

Action") pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.  This Order shall apply

---

[1]"When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all of the matters in issue in the actions; it may order all of the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs of delay."  Fed. R. Civ. P. 42(a).

Case 1:08-cv-01461-TCB   Document 54   Filed 04/17/08   Page 3 of 5

as specified to the Consolidated Action and to each case that relates to the same subject matter

that is subsequently filed in this Court or transferred to this Court and is consolidated with the

Consolidated Action.

Every pleading filed in the Consolidated Action shall have the following caption:

CASE NO. 07-61753-CIV-DIMITROULEAS

ELDON KADEL, LEONARD R. CLEWLEY IRA
and GEORGINA C. CLEWLEY IRA, individually and
on behalf of all others similarly situated,

     Plaintiff,                                         Magistrate Rosenbaum

vs.

PATRICK S.FLOOD, JAMES B. WITHEROW,
KEVIN D. RACE, GLENN T. AUSTIN,
LAWRENCE W. HAMILTON, WARREN Y.
JOBE, JOEL L. MANBY, ROBERT C. PATTON,
BONNIE L. PHIPPS, JOHN W. SPIEGEL,
J.P. MORGAN SECURITIES, INC., AG
EDWARDS & SONS, INC., and
WACHOVIA CORPORATION,

     Defendants.
_____/

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  Motions to Consolidate of St. Clair Shores [DE-11 in Case No. 07-61753-CIV], the

Homebanc Investor Group [DE-19 in Case No. 07-61753-CIV], William Kornfeld, Jr.

Case 1:08-cv-01461-TCB    Document 54    Filed 04/17/08    Page 4 of 5

[DE-27 in Case No. 07-61753-CIV], and the Bugbee Group [DE-9 in Case No. 07-61838] are hereby **GRANTED**.  In the instant Motions, the parties each also move for appointment as lead plaintiff and approval of lead counsel.[2]  The Court **DEFERS** ruling on these issues until the Motion to Transfer [DE-46 in Case No. 07-61753; DE- 27 in Case No. 07-61838] has been fully briefed and ruled upon.[3]

2.  The cases numbered 07-61753-CIV-DIMITROULEAS, 07-61838-CIV-DIMITROULEAS, are hereby consolidated into one action, case number 07-61753-CIV-DIMITROULEAS.

3.  The Clerk shall administratively close case number 07-61838-CIV-DIMITROULEAS.

4.  All pending motions in regard to case number 07-61838-CIV-DIMITROULEAS, shall be incorporated into case number 07-61753-CIV-DIMITROULEAS.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of March, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

---

[2] See 15 U.S.C. § 78u-4(a)(3)(B)(ii): "If more than one action on behalf of a class asserting substantially the same claim or claims arising under this chapter has been filed, and any party has sought to consolidate those actions for pretrial purposes or for trial, the court shall not make the determination [as to lead plaintiff] until after the decision on the motion to consolidate is rendered."

[3] The Motion to Transfer was filed on February 26, 2008.  A Response by the Homebanc Investor Group was filed on March 14, 2008 [DE-53].  Thus, the latest a Reply would be due is March 24, 2008.  See S.D. Fla. L.R. 7.1(C)(1).

Copies furnished to:

Julie P. Vianale, Esq.

Kenneth J. Vianale, Esq.

Robert D. Zebro, Esq.

Meryl D. Edelstein, Esq.

Eric Allan Lee, Esq.

Robert W. Killorin, Esq.

Martin D. Chitwood, Esq.

Willem F. Jonckheer, Esq.

Joseph E. White III, Esq.

Maya S. Saxena, Esq.