# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE HOMEBANC CORPORATION SECURITIES LITIGATION | CIVIL ACTION NO. 1:08-CV-1461-TCB |
| WILLIAM KORNFELD, JR., Plaintiff, v. PATRICK S. FLOOD and KEVIN D. RACE, Defendants. | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Lead Plaintiff, William Kornfeld, Jr., on behalf of himself and the class of HomeBanc shareholders he seeks to represent set forth in the Consolidated Amended Class Action Complaint, appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment entered April 13, 2010 (Docket No. 137) (annexed hereto as Exhibit A) and the Court's Opinion and Order entered April 13, 2010 (Docket No. 136) (annexed hereto as Exhibit B), granting Defendants' Motion to Dismiss The Consolidated Amended Class Action Complaint with prejudice.

Respectfully submitted this 10th day of May, 2010.

        **LAW OFFICES OF DAVID A. BAIN, LLC**
        By: /s/ David A. Bain
        Georgia Bar No. 032449
        1050 Promenade II
        1230 Peachtree St., NE
        Atlanta, GA  30309
        Tel: (404) 724-9990
        Fax: (404) 724-9986
        dbain@bain-law.com

        Liaison Counsel for Lead Plaintiff

        **BROWER PIVEN**
         **A Professional Corporation**
        David A.P. Brower
        488 Madison Avenue
        New York, New York  10022
        Tel:  (212) 501-9000
        Fax: (212) 501-0300

        **KAHN, SWICK & FOTI, LLC**
        Lewis S. Kahn
        650 Poydras Street
        Suite 2150
        New Orleans, Louisiana  70130
        Tel:  (504) 455-1400
        Fax:  (504) 455-1498

        Kim E. Miller
        500 Fifth Avenue
        Suite 1810
        New York, New  York
        Tel: (212) 696-3730
        Fax: (504) 455-1498

        Co-Lead Counsel for Lead Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of May, 2010, I electronically filed the foregoing "Notice of Appeal" with the Clerk of Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to the following attorneys of record:

Christopher Steven Jones     CJones@saxenawhite.com, e-file@saxenawhite.com

David A.P. Brower     brower@browerpiven.com

David Andrew Bain     dbain@bain-law.com

Emily Louise Shoemaker     emilyshoemaker@paulhastings.com

John Garrett Parker     johnparker@paulhastings.com, deniselobodinski@paulhastings.com, lurlenemilner@paulhastings.com

Joseph E. White , III     jwhite@saxenawhite.com, e-file@saxenawhite.com, msaxena@saxenawhite.com

Kim E. Miller     kim.miller@kgscounsel.com

Lewis Kahn     lewis.kahn@kgscounsel.com

Maya Saxena     msaxena@saxenawhite.com

William K. Whitner     kwhitner@paulhastings.com, susanwilliams@paulhastings.com

                                  /s/ David A. Bain
                                  Georgia Bar No. 032449

                                  Liaison Counsel for Lead Plaintiff