# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

June 23, 2010

United States Court of Appeals
11th Circuit
56 Forsyth Street, NW
Atlanta, Georgia   30303

USDC Civil Action No. 1:08-cv-1461-TCB

USCA No.   10-12220-AA

Re: *Eldon Kadel, et al. v. Patrick S. Flood, et al.*

## CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Northern District of Georgia hereby certifies that, as shown on the enclosed index, the record is complete for the purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

| | |
|---|---|
| __5__ | **Volume(s) of Pleadings** |
| ____ | Volume(s) of Depositions |
| ____ | Volume(s) of Transcripts |
| __3__ | **Expandable Folder(s) of Exhibits** - 1 Expandable Folder of Exhibits w/ pldg no. 62 and 2 Expandable Folders of Exhibits w/ pldg no. 126) |
| ____ | Other: |

Sincerely,

James N. Hatten
District Court Executive
and Clerk of Court

By:   **Kimberly Carter**
Deputy Clerk

Enclosures