

**10-12220-AA/Kornfeld v Flood, et al - DC# 08-cv-01461-TCB**
Shirley M Brown   to:  Kimberly A Carter         08/05/2010 10:59 AM
Cc:  Andrea Ware, Denza Bankhead

Please forward ROA for referenced appeal.

Thanks.


Shirley M. Brown
Deputy Clerk
U.S. Court of Appeals - 11th Circuit
56 Forsyth St., NW
Atlanta, GA  30303
(404) 335-6170