# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

DOCKETING SECTION
404-215-1655

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

August 16, 2010

John Ley, Acting Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia   30303

**U.S.D.C. No.:** 1:08-cv-1461-TCB
**U.S.C.A. No.:** 10-12220-AA
**In re:**  *Eldon Kadel, et al. v. Patrick S. Flood, et al.*

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

___  Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed.

___  This is not the first notice of appeal. Other notices were filed on: .

___  There is no transcript.

___  The court reporter is .

___  There is sealed material as described below: .

**X**  Other: Record on Appeal (5 Vols. of Pldgs and 3 Expandable Folders of Exhibits (1 Expandable Folder of Exhibits w/ pldg no. 62 and 2 Expandable Folders of Exhibits w/ pldg no. 126).

___  Fee paid on .

___  Appellant has been leave to file *in forma pauperis*.

___  This is a bankruptcy appeal. The Bankruptcy Judge is .

___  The Magistrate Judge is .

___  The District Judge is .

___  This is a **DEATH PENALTY** appeal.

Sincerely,

James N. Hatten
District Court Executive
and Clerk of Court

By:   /s/  Kimberly Carter
Deputy Clerk

Enclosures